UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re FORD MOTOR CO. SPEED | / | MDL DOCKET NO. 1718 |
| CONTROL DEACTIVATION SWITCH | / | HON. BERNARD A. FRIEDMAN |
| PRODUCTS LIABILITY LITIGATION | / | |
| | / | Delicia D. Lewis |
| _____ | / | Case No. 07-14545 |

## ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S MOTION FOR LEAVE TO DEPOSE BRIAN McPHAIL

On May 5, 2010, Defendant Ford Motor Company's Motion for Leave to Depose Brian McPhail came before the Court. A hearing was held and oral arguments were heard.

For the reasons stated on the record,

IT IS ORDERED Defendant Ford Motor Company's Motion for Leave to Depose Brian McPhail is GRANTED.

IT IS FURTHER ORDERED that Plaintiff may appear at Brian McPhail's deposition by video.

DATED: May 7, 2010	s/Bernard A. Friedman
	BERNARD A. FRIEDMAN
	UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on May 7, 2010.

	s/Deborah J. Goltz
	DEBORAH J. GOLTZ
	Case Manager

1